Case Number: AT 3330-0084

Location of Search:
14275 U.S. Highway 301
New Zion, SC
Clarendon Parcel ID: 272-00-06-009-00

# Search Warrant Inventory

| Item # | Description |
|---|---|
| 1 | Slate Gray Iphone w/Gray & White Marbled Case (Barbara Ann Butler) PIN: 142750 - Area E |
| 2 | Sky Devices Elite V55 - IMEI 355243480130449 (Barbara Ann Butler) PIN: 142750 Area E |
| 3 | Gray Iphone w/Pink, Gold, Blue & Teal Case (Lydia Butler) PIN: 1919 On Person |
| 4 | 4 Live Dogs |
| 5 | |
| 6 | Nothing follows |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

On September 25, 2022 at 8:21 pm hours, this inventory was prepared and a copy was provided in the following manner:

__X__ No person was present to provide a copy of this inventory, subsequently it was left at the below locations: Kitchen Table in Residence

_____ A copy of this inventory was provided to the following person:

Name:
Signature:
Address:

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuant to the search warrant.

Inventory Officer: /s/
Witness: /s/

Printed Name: Vivian Warner
Printed Name: Kendra Nettles